IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. GERALD ALLEN HILER, a/k/a *Teg*, and MORGAN VICTOR PITSCH, Defendants. | CR 19-06-H-SEH ORDER |
|---|---|

The United States has moved the Court to continue the deadline to file any motion pursuant to U.S.S.G. §5K1.1 or 18 U.S.C. § 3553(f), or both. The motion is supported by good cause.

ORDERED:

The United States' Unopposed Motion and Brief to Continue Dates (Doc. 192) is GRANTED. The United States may have up to and including February 24, 2020, to file any U.S.S.G. §5K1.1 or 18 U.S.C. § 3553(f) motions as to Defendant

1

Gerald Allen Hiler, *aka Teg*, on or before February 24, 2020, and Defendant Morgan Victor Pitsch on or before March 16, 2020.

DATED this 10th day of February, 2020.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge